# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2023 KW 0075

VERSUS

JERMAINE WILLIAMS                                    **JANUARY 31, 2023**

---

In Re:    State of Louisiana, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1501983.

---

**BEFORE:    McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DENIED.**

**GH**
**HVG**

**McClendon, J.,** concurs and would deny the writ application on the showing made. A ruling to grant or deny a motion for continuance is within the sound discretion of the trial court, and a reviewing court will not disturb it absent a clear abuse of discretion. See La. Code Crim. P. art. 712; see also **State v. Harris,** 2001-2730 (La. 1/19/05), 892 So.2d 1238, cert. denied, **Harris v. Louisiana,** 546 U.S. 848, 126 S.Ct. 102, 163 L.Ed.2d 116 (2005). Therefore, because the state failed to include the trial court's reasons for denying the motion to continue, which were set forth on the record, the state failed to show in the writ application that the trial court abused its discretion by granting the defendant's motion to continue.

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
---
DEPUTY CLERK OF COURT
    FOR THE COURT